IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| GREGORY GRIFFIN, | § | |
| | § | |
| Defendant-Below, | § | |
| Appellant, | § | No. 198, 2018 |
| | § | |
| v. | § | Court Below: |
| | § | Superior Court of the |
| STATE OF DELAWARE, | § | State of Delaware |
| | § | |
| Plaintiff-Below, | § | Cr. I.D. No. 1705001575 (N) |
| Appellee. | § | |
| | § | |

Submitted: November 14, 2018
Decided: November 16, 2018

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

### ORDER

This 16th day of November 2018, the Court, having considered the matter on the briefs of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Sentence Order dated March 20, 2018.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:


*/s/ Karen L. Valihura*
Justice